**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Hugo Aguilar v. The State of Texas

Appellate case number:   01-21-00680-CR

Trial court case number: 17-DCR-080285A

Trial court:             434th District Court of Fort Bend County

Appellant, Hugo Aguilar, has filed a Third Motion for Extension to File Appellate Brief. The motion is **granted.** Appellant's brief is due September 22, 2022. **No further extensions will be granted**.

If appellant's brief is not filed by September 22, 2022, the case will be abated and remanded to the trial court for a hearing to determine (a) whether appellant desires to prosecute his appeal; (b) whether appellant's counsel has abandoned the appeal; (c) the reason for the failure to file a brief; and (d) if the appellant desires to continue the appeal, a date certain when appellant's brief will be filed. TEX. R. APP. P. 38.8(b).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                        Acting individually

Date: <u>August 30, 2022</u>